UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81602-CIV-CANNON/Reinhart

**TIM TEBBUTT** and
**JUNE HEATHER TEBBUTT**,

    Plaintiffs,
v.

**ROBERT ANDERSON**,

    Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon Plaintiffs' Motion for Bill of Costs in the amount of $487.00 (the "Motion") [ECF No. 31], filed on August 30, 2022. On September 30, 2022, following referral [ECF No. 32], Magistrate Judge Reinhart issued a Report recommending that the Motion be granted in part and denied in part, with Plaintiffs being awarded costs in the amount of $467.00 [ECF No. 34]. The Report also instructed the parties to file any objections on or before October 14, 2022 [ECF No. 34 p. 4]. Neither party has filed any objections to the Report, and the time to do so has expired.

Upon review, the Court finds the Report to be well-reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Report and Recommendation [ECF No. 34] is **ACCEPTED**.

2.     Defendant's Motion for Bill of Costs [ECF No. 31] is **GRANTED IN PART AND DENIED IN PART** as recommended.

3.     Defendant shall pay Plaintiffs' costs in the amount of **$467.00**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 17th day of October 2022.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record