UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81602-CIV-CANNON/Reinhart

**TIM TEBBUTT** and
**JUNE HEATHER TEBBUTT**,

    Plaintiffs,

v.

**ROBERT ANDERSON**,

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon Plaintiffs' Renewed Motion for Attorneys' Fees in the amount of $10,826.00 (the "Motion") [ECF No. 33], filed on September 30, 2022. On December 7, 2022, following referral [ECF No. 35], Magistrate Judge Reinhart issued a Report recommending that the Motion be granted in part and denied in part, with Plaintiffs being awarded attorneys' fees in the amount of $9,075.00 [ECF No. 37]. The Report also instructed the parties to file any objections on or before December 22, 2022 [ECF No. 37 p. 9]. Neither party has filed any objections to the Report, and the time to do so has expired.

Upon review, the Court finds the Report to be well-reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 37] is **ACCEPTED**.

2. Defendant's Renewed Motion for Bill of Attorneys' Fees [ECF No. 33] is **GRANTED IN PART AND DENIED IN PART** as recommended.

3. Defendant shall pay Plaintiffs' attorneys' fees in the amount of **$9,075.00**.

CASE NO. 21-81602-CIV-CANNON/Reinhart

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 29th day of December 2022.

                                                                                                                     AILEEN M. CANNON
                                                                                                                    UNITED STATES DISTRICT JUDGE

cc:    counsel of record